# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES E. DANIELS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV411-073 |
| THE STATE OF GEORGIA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Confined at the Coffee Correctional Facility in Coffee County, Georgia, Charles E. Daniels filed a "Motion for Speedy Hearing Uniform Superior Court Rule # 1." Doc. 1 at 1. In its last Order the Court noted that the Clerk had sent him the proper filing forms, yet he had failed to respond. Doc. 4. So, the Court gave him 21 days to comply or face dismissal. *Id.* at 2. Daniels has failed to respond.

Accordingly, his case should be **DISMISSED** for disobeying a Court Order. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102

(11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this  11th  day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA